FILED '05 NOV 22 11:25 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| BONNIE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | CV 04-39-JE |
| | ) | |
| v. | ) | **ORDER ADOPTING FINDINGS** |
| | ) | **AND RECOMMENDATION** |
| TEAMSTERS LOCAL 670, TEAMSTERS | ) | |
| LOCAL 162, TEAMSTERS LOCAL 962 | ) | |
| AND JOINT COUNCIL OF TEAMSTERS | ) | |
| NO. 37, | ) | |
| | ) | |
| Defendants. | ) | |

Magistrate John Jelderks filed his Findings and Recommendations (docket #60) on October 12, 2005. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the record *de novo* review, though I must still review the legal principles *de novo*. <u>Lorin Corp. v Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (9th Cir. 1983). See also <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

I find no error. Accordingly, I adopt the Magistrate Judge's Findings & Recommendation. Defendants' motion for

1 - ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

summary judgment (#35) is granted.

DATED this _22_ day of November, 2005.

/s/ Owen M. Panner
OWEN M. PANNER
United States District Judge